ROBINSON *against* DODGE and others.

IN ERROR, on *certiorari* to a Justice's Court. *Robinson* brought an action of trespass against the defendants, before a Justice of the Peace, for taking and selling his cow and sheep. The defendants justified, that the cow and sheep of the plaintiff were taken, and sold under a warrant issued by them, as trustees of a school district, for collecting a tax laid to build a school house, pursuant to the " act for the better establishment of common schools," passed the 15th of *April*, 1814. (sess. 37. ch. 192.) This act authorizes the freeholders and inhabitants of a school district, " to vote a tax on the resident inhabitants of such district, as they shall deem sufficient to purchase a suitable scite for their school house, and to build, keep in repair, and furnish such school house," &c. and to choose three trustees, and a collector for the district, &c. (sec. 13.) and it is made the duty of the trustees of the school district, " to make a rate bill, or tax list, which shall raise the sum voted for," with five per cent. for collection, and to annex to such rate bill or tax bill, a warrant for the collection of the tax in the form prescribed. (Sec. 18.)

It was proved, that the freeholders and inhabitants of *S.* at a regular meeting, passed the following resolution : " Resolved, that a school house be built on the same scite where the old one stood, and of the same size as the old one ; and that the trustees of the said district levy a tax on the inhabitants of said district, to defray the expenses of the same."

On the trial before the justice, the jury found a verdict for the defendants, on which the justice gave judgment.

On the return to the *certiorari*, the only question was, whether the vote of the freeholders and inhabitants, for a tax, in the general form of the resolution above mentioned, was sufficient to authorize the collection of any tax, or whether the vote ought not to be for a precise and determinate sum, to be assessed and raised.

*Under the act for the establishment of common schools, passed April 15, 1814, (sess. 37. ch. 192.) the freeholders and inhabitants of the school district, at their regular meeting, must vote a precise and definite sum, as a tax on the inhabitants of the district, for building a school house, &c. And the trustees of the school district are not authorized, by a general vote of such meeting, for levying a tax to defray the expenses of building a school house, without specifying the sum to be levied, to issue their warrant for the levy of the money expended by them, for that purpose.*

UTICA,
October, 1820.

MAYBEE
v.
AVERY.

PLATT, J. delivered the opinion of the Court. According to the rules for the construction of such special powers as are conferred by this statute, I am of opinion, that without a subsequent *audit*, or *sanction* of the freeholders and inhabitants of the district at a regular meeting, liquidating the precise amount to be raised, the trustees of the school district were not authorized to issue their warrant to collect the money expended by them in building the new school house. The freeholders and inhabitants, at their meeting, had no right to delegate to the trustees any discretionary power, as to the aggregate amount of the tax to be collected. They are required to " make a rate bill, or tax bill," &c. " to raise the sum voted for," which implies a vote for a definite sum. The judgment must, therefore, be reversed.

Judgment reversed.